# CONTINUATION IN SUPPORT OF APPLICATION FOR ARREST WARRANT

I, Joshua White, being duly sworn, depose and state as follows:

## Introduction

1. This continuation is submitted for the purpose of obtaining an arrest warrant for TIMOTHY RYAN GALBRAITH, for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

2. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and I have served as such since July 2022. Prior to serving as an ATF Special Agent, I was employed by the United States Secret Service as a Uniformed Division Officer for three and a half years. My daily responsibilities while serving were to screen passholders and appointments who had access to the White House Grounds, assist with protectee movements onto and off of the White House Complex, and enforce D.C. Code as well as Federal Law. I have completed the Federal Law Enforcement Training Center (FLETC) Uniformed Police Training program (UPTP) and the Criminal Investigator Training Program (CITP) with a total combination of over 800 hours of classroom and practical training. I have completed ATF's Special Agent Basic Training (SABT) academy with over 500 hours of classroom and practical training. I am presently assigned to ATF's Lansing Office conducting narcotics/firearms investigations.

3. This Continuation contains only a summary of relevant facts. The facts in this Continuation come from my personal observations, training, experience, and

1

information obtained from other witnesses. I have not included each and every fact known to me concerning the individuals and events described in this Continuation. This Continuation is made for the purpose of establishing probable cause that GALBRAITH committed the crime of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) and the crime of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

## Probable Cause

*GALBRAITH possessed a firearm and methamphetamine on March 12, 2025*

4. The Lansing Police Department (LPD) Violent Crime Initiative (VCI) began an investigation into GALBRAITH for having an Assault with Intent to Commit Great Bodily Harm (GBH) Warrant out of Ingham County and for being the suspect in a missing persons case in Lansing. It is believed the missing persons case is now a homicide with GALBRAITH being the suspect.

5. On March 12, 2025, LPD VCI was conducting surveillance in the area of Marcus Street and S. Francis Avenue, in Lansing, in Ingham County, when law enforcement observed Trisha Bos, known associate of GALBRAITH, and a male matching the description of GALBRAITH. Law enforcement initiated contact with the unknown male and confirmed that it was GALBRAITH.

6. When law enforcement detained GALBRAITH for his Assault with Intent to Commit GBH Warrant, they conducted a search incident to arrest of GALBRAITH. Law enforcement located a Canik model TP9SF pistol, bearing serial number 21AT35729, loaded with 18 rounds of assorted 9mm ammunition in the satchel-style

shoulder bag GALBRAITH was carrying across his chest. In the same satchel-style shoulder bag, law enforcement located four grams of a tan, chunky substance that field tested positive for heroin.

7. In a separate black backpack worn by GALBRAITH, law enforcement located 19 rounds of assorted ammunition and approximately 218 grams of a white, crystal-like substance that field tested positive for methamphetamine. The methamphetamine had been separated into seven individual sandwich bags, which were located inside of the black backpack.

8. GALBRAITH was also found to be wearing body armor. During a subsequent interview with law enforcement, GALBRAITH admitted he put on body armor so the police could not kill him.

9. Law enforcement found a device that resembled a pipe bomb in the same backpack as the methamphetamine. It was a cylindrical object with what appeared to be a fuse coming out of it. Based on the training of officers, they initially believed it to be a pipe bomb, but have since learned it was not.

10. The pistol located on GALBRAITH was queried in the Law Enforcement Information Network (LEIN). LEIN indicated that the pistol was stolen with the originating agency being the East Lansing (MI) Police Department.

**Additional Information**

11. I spoke with Special Agent Hurt, who the ATF recognizes as having expertise in the interstate nexus of firearms. SA Hurt advised that the Canik pistol was manufactured outside the State of Michigan.

12. GALBRAITH was and is prohibited from possessing a firearm because he has been convicted of the following felony offenses:

    a. Felony – Weapons – Firearms – receiving and concealing, in 2005;

    b. Felony – Forgery, in 2005;

    c. Felony – Delivery and Manufacturing of a Controlled Substance, in 2008;

    d. Felony – Possession of a Controlled Substance, in 2009;

    e. Felony – Receiving and Concealing a Stolen Firearm x 2 and Felon in Possession of a firearm, in 2009;

    f. Felony – Possession of Cocaine (21 U.S.C. § 841(a)(1), Possession of a Firearm by a Felon (18 U.S.C. § 922(g)(1), Possession of a combination of shotgun and rifle barrel, (26 U.S.C. § 5861(d)[1]; and

    g. Felony – Delivery and Manufacturing of a Controlled Substance, in 2019.

12. Based on the facts described above, I believe there is probable cause that TIMOTHY RYAN GALBRAITH violated 18 U.S.C. § 922(g)(1), for being a felon in possession of a firearm, and 21 U.S.C. § 841(a)(1), for possession with intent to distribute methamphetamine.

---

[1] In 2010, GALBRAITH was sentenced to 105 months in the Bureau of Prisons out of the Western District of Michigan